IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **SHABAZZ MUHAMMAD, #B-05049,** )<br>)<br>**Plaintiff,** )<br>)<br>vs. )<br>)<br>**B. SPILLER, ROBERT E. GALES,** )<br>**CAPTAIN REIS, CAPTAIN TAYLOR, SGT.** )<br>**DUNN, SGT. FORRESTER, SGT.** )<br>**FLETCHER, SGT. VELKER, SGT. JOHN** )<br>**CARTER, C/O LONG, C/O MEZO, C/O** )<br>**WELBORN, C/O RICHELMAN, LT.** )<br>**WILSON, C/O SCOTT, JONATHAN R.** )<br>**WALLS, M. GROSS, C/O REID, C/O ALAN** )<br>**SIMON, ALL UNKNOWN JOHN AND** )<br>**JANE DOE GUARDS, C/O ROBERTSON,** )<br>**C/O CUSHMAN, C/O THOMAS, C/O** )<br>**ROWLAND, LT. FERRELL,** )<br>**SUPERINTENDENT PICKERING, SCOTT** )<br>**DAGNER, TOM MAUE, and S. RICHARD,** )<br>)<br>**Defendants.** ) | **CIVIL NO. 03-515-GPM** |

## JUDGMENT IN A CIVIL CASE

This action came on for trial before the Court and a jury, Honorable G. Patrick Murphy, Chief Judge, presiding, and the issues having been heard and the jury having duly rendered its verdict,

**IT IS ORDERED AND ADJUDGED** that Plaintiff shall take nothing against Defendants John Carter, Scott Dagner, and Alan Simon, and that all claims against said defendants are **DISMISSED on the merits**.

**IT IS FURTHER ORDERED AND ADJUDGED** that pursuant to the Court's

Memorandum and Order dated June 20. 2005, all claims against Defendant B. Spiller, Robert E. Gales, Captain Reis, Captain Taylor, Sgt. Dunn, Sgt. Forrester, Sgt. Fletcher, Sgt. Velker, C/O Long, C/O Mezo, C/O Welborn, C/O Richelman, Lt. Wilson, Jonathan R. Walls, M. Gross, C/O Reid, All Unknown John and Jane Doe guards, C/O Robertson, C/O Cushman, C/O Thomas, C/O Rowland, Lt. Ferrell, and Superintendent Pickering are **DISMISSED with prejudice**.

**IT IS FURTHER ORDERED AND ADJUDGED** that pursuant to Order dated October 14, 2005, all claims against Defendants Tom Maue and S. Richard are **DISMISSED with prejudice**.

**IT IS FURTHER ORDERED AND ADJUDGED** that pursuant to Memorandum and Order filed on January 18, 2007, Plaintiff's Eighth Amendment claim against Defendant Dagner, which is based on the February 9, 2002, incident, and all official capacity claims are **DISMISSED with prejudice**.

**DATED**: 6/20/07

NORBERT G. JAWORSKI, CLERK

By: s/ Linda M. Cook
Deputy Clerk

APPROVED: s/ *G. Patrick Murphy*
G. Patrick Murphy
Chief United States District Judge